# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

146049

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GREENVILLE MANUFACTURING, L.L.C.,
        Plaintiff-Appellant,

v                                                    SC: 146049
                                                     COA: 304229
                                                     Wayne CC: 09-020090-CK

NEXTENERGY CENTER,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 31, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                    _____
                                                                    Clerk

t0225